**Order filed October 25, 2018**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00829-CV

———————

**LOULA P. GATOURA ET AL., Appellants**

**V.**

**NEC CORPORATION OF AMERICA, Appellees**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1092072-101**

## O R D E R

The notice of appeal in this case was filed September 10, 2018, by Iomnis Surveillance Solutions, LLC a/k/a and d/b/a Iomnis Surveillance Solutions; Iomnis Surveillance; and Loula P. Gatoura. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 5, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM